UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT WILLIAM TILTGES, SR., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 1:23-cv-16427 ) |
| KAGR2 PARK CITY LLC., KAGR2 MOB PARTNERSHIP, L.P., KAGR2 MOB REIT LLC, KAGR2 PALM BEACH GARDENS, LLC, ILLINOIS BONE & JOINT INSTITUTE, & UNKNOWN PARTIES, | ) ) ) ) ) ) JURY TRIAL DEMANDED ) ) |
| *Defendants*. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Robert William Tiltges, Sr. and Defendants, KAGR2 Park City, LLC, KAGR2 Mob Partnership, L.P., KAGR2 Mob REIT LLC, Palm Beach Gardens, LLC and Illinois Bone & Joint Institute hereby agree to the dismissal of this case with prejudice. Each party shall bear his or its own attorney's fees and costs.

Dated: January 13, 2025

Respectfully submitted,

On behalf of Plaintiff:

*/s/ Brian S. Brewer*
Brian S. Brewer

Fedor Kozlov
Brian S. Brewer
The Law Offices of Fedor Kozlov, P.C.
1990 E. Algonquin Road, Suite 100
Schaumburg, IL 60173
Telephone: 847.241.1299
Facsimile: 847.241.1166
fedor@nslslaw.com | ILARDC No. 6301810
Brian@nslslaw.com | ILARDC No. 6274618

On behalf of Defendant, Illinois Bone & Joint Institute

*/s/ Erica J. Bury*
Erica J. Bury

Gregory H. Andrews
Erica J. Bury
Jackson Lewis, P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 787-4949
gregory.andrews@jacksonlewis.com
erica.bury@jacksonlewis.com

On behalf of Defendants KAGR2 Park City, LLC, KAGR2 Mob Partnership, L.P., KAGR2 Mob REIT LLC, and Palm Beach Gardens, LLC

*/s/ Susan v. Warner*
Susan V. Warner

Susan V. Warner
Pierson Ferdinand, LLP
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
786-310-0637
susan.warner@pierferd.com

Matthew M. May
Pierson Ferdinand, LLP
111 W. Jackson, Suite 1700
Chicago, IL 60604
240-213-5233
matthew.may@pierferd.com